# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1876.  SANON JEAN ET AL. v. SUNTRUST BANK.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Sanon Jean and others (collectively, "Jean") appealed the magistrate court's decision to the superior court.  The superior court subsequently entered judgment against Jean, who filed a notice of direct appeal to this Court.

We lack jurisdiction.  Because the order at issue disposes of a de novo appeal from a magistrate court decision, Jean was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Jean's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/30/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*